IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,                     No. CIV.S-05-2132 MCE DAD PS

      Plaintiff,

   v.                                      FINDINGS AND RECOMMENDATIONS

UNITED STATES GOVERNMENT,

      Defendant.
_____/

      Plaintiff, proceeding in this action pro se, initiated this action by filing a complaint on October 21, 2005, along with an application to proceed in forma pauperis. The matter was referred to a United States Magistrate Judge by Local Rule 72-302(c)(21) pursuant to 28 U.S.C. § 636(b)(1).

      By order filed March 13, 2006, plaintiff's application to proceed in forma pauperis was denied without prejudice to submitting an amended application or payment of the required filing fee within twenty days. In addition, plaintiff was ordered to show cause in writing within twenty days why this matter should not be dismissed for

1

lack of subject matter jurisdiction.  See Fed. R. Civ. P. 12(h)(3).  Plaintiff was forewarned that failure to timely comply with the terms of the order would result in a recommendation that this action be dismissed.  The twenty-day period has now expired, and plaintiff has not filed an amended in forma pauperis application, paid the required filing fee or otherwise responded to the court's order.  Accordingly, the court HEREBY RECOMMENDS that this action be dismissed without prejudice.  See L.R. 11-110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 10, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1/orders.prose/fallon2132.f&r.dism

2